IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Appeal of City of Philadelphia :
:
From The Decision of the Board of : No. 1085 C.D. 2016
License and Inspection Review :
:
Appeal of: Nikolaos Tsiakanikas :

# **O R D E R**

NOW, September 7, 2017, having considered appellant's application for reargument/reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge